# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DWAYNE BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. WILBUR WILLIAMS, et al.,<br><br>    Defendants. | Case No. CV 16-1745-FMO (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has filed Objections, and the Court has engaged in a de novo review of those portions of the Report and Recommendation to which Plaintiff has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) Defendants' Motion to Dismiss the FAC pursuant to Fed. R. Civ. P. 8 is denied; (2) Defendants' Motion to Dismiss is granted in all other respects; and (3) Judgment shall be entered dismissing the action with prejudice.

DATED: May 11, 2018

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE