# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DWAYNE BROWN,<br><br>  Plaintiff,<br><br>  v.<br><br>DR. WILBUR WILLIAMS, et al.,<br><br>  Defendants. | Case No. CV 16-1745-FMO (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: May 11, 2018

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE